THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR04-524L |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| | ) | |
| TOM JULIEN TOMASCZEWSKI, | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT having considered the entirety of the record herein, FINDS AND RULES AS FOLLOWS:

1.      This case is currently set for trial on June 27, 2005.

2.      Defense counsel, Douglas Hiatt, has informed the Court that he is undergoing a family medical emergency, specifically that his mother is terminally ill and hospitalized.  As a result, Mr. Hiatt is unable to prepare this case for trial, or finalize a settlement, at this time.

3.      Defendant is out of custody, residing in California.  This distance has further hampered Mr. Hiatt's efforts to prepare or resolve this case by the current trial date, in light of his need to be in the hospital with his mother in Seattle.

4.      As a result of his family medical emergency, counsel for Defendant requests a trial continuance of approximately two weeks.  The United States does not oppose this request.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1         5.     Defendant has agreed to this request and will file a written waiver of

2    speedy trial covering a continuance of at least two weeks.

3

4         IT IS HEREBY ORDERED that the trial shall be continued from June 27,

5    2005, until <u>July 11, 2005.</u>

6         IT IS HEREBY ORDERED that the period of time between June 27, 2005,

7    until the new trial date shall be excluded from computation under 18 U.S.C.

8    §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv), because of the defense counsel's family

9    emergency, his need for more time for effective trial preparation or resolution, and to

10   preserve continuity of counsel, taking into account the exercise of due diligence, because it is

11   unreasonable under these circumstances to expect adequate preparation for trial.

12        THE COURT FURTHER FINDS that the ends of justice served by this

13   continuance outweigh the best interest of the public and Defendant in a speedy trial.

14        DATED this 22nd day of June, 2005.

15

16                                 _Robert S. Lasnik_

17                                 Robert S. Lasnik

18   Presented by:                    United States District Judge

19   JOHN McKAY

20   United States Attorney

21   _____

22   SARAH VOGEL
     Assistant United States Attorneys

23

24   Approved:

25   _____

26   DOUGLAS HIATT
     Counsel for Defendant

27

28

ORDER CONTINUING TRIAL - 2
United State v. Tom Tomaszewski/CR04-524RBL